IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.   11-cv-01303-PAB-MEH | Date:   August 8, 2011 |
| Courtroom Deputy:    Cathy Coomes | **FTR – Courtroom A501** |

| | |
|---|---|
| BARRY G. GUSTAFSON, | Hilary Dawn Wells |
|  | Susan Strebel Sperber |
| Plaintiff, | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, | Mary Vossberg |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**

**Court in session:**     9:09 a.m.

Court calls case.  Appearances of counsel.

Discussion and argument regarding Defendant's Motion for Stay (Doc. #10, filed 6/24/11).

| | |
|---|---|
| 9:17 a.m. | Off the record. |
| 9:19 a.m. | On the record**.** |

**ORDERED:** For reasons stated on the record, Defendant's Motion for Stay (Doc. #10, filed 6/24/11) is DENIED.

The Court will set deadlines and hearings in this matter as follows:

**Rule 26(a)(1) Disclosures:    August 22, 2011**

**Discovery Deadline:  December 20, 2011**

**Dispositive Motion Deadline:        January 20, 2012**

**Initial Rule 26(a)(2) Disclosures:    November 1, 2011**
**Rebuttal Rule 26(a)(2) Disclosures:         December 1, 2011**

| | |
|---|---|
| **Final Pretrial Conference:** | **March 20, 2012, at 9:30 a.m.** <br> In addition to filing a PDF copy with the Clerk of the Court, counsel should **e-mail** the proposed Final Pretrial Order in **Word or WordPerfect format** to Magistrate Judge Hegarty's chamber's email account at Hegarty_Chambers@cod.uscourts.gov **one week prior to the conference.** |
| **Settlement Conference:** | **September 12, 2011, at 10:00 a.m.** <br> Attorney(s) and Client(s)/Client Representative(s),  including an adjustor if an insurance company is involved, with full settlement authority **are to be present in person** for the Settlement Conference.  **One week prior to the conference,** each party shall prepare and submit **two** settlement documents: one to be submitted to the other party or parties, and the other to be submitted by email only to the Magistrate Judge.  The documents which are presented to opposing counsel shall contain an overview of the case from the presenter's point of view, shall summarize the evidence which support that side's claims and may present a demand or offer.  These documents should be intended to persuade the clients and counsel on the other side.  In addition, the parties should address the approximate value of the case. |

Counsel for Plaintiff are directed to prepare the Scheduling Order, including the dates and deadlines set in court, and submit the document to the Court in Word or WordPerfect format on or before **August 12, 2011.**

Discussion regarding Plaintiff's claims.

**Court in recess:**     9:48 a.m.     **(Hearing concluded)**
**Total time in Court:** 0:27