IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01303-PAB-MEH

BARRY G. GUSTAFSON, a resident of Colorado,

       Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE CO., a Wisconsin corporation,

       Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 22, 2011.**

       The Unopposed Motion to Vacate the Settlement Conference [filed August 18, 2011; docket 27] is **granted**.  The settlement conference scheduled in this case for September 12, 2011, at 10:00 a.m. is **vacated**.  The parties are invited to contact my Chambers at (303) 844-4507 at such time during the litigation they may desire assistance with the settlement of this matter.