IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01303-PAB-MEH

BARRY G. GUSTAFSON, a resident of Colorado,

    Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE CO., a Wisconsin corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court *sua sponte* on a review of the Docket. On October 5, 2012, the Court issued an Order [Docket No. 91] granting in part and denying in part motions for summary judgment filed by defendant American Family Mutual Insurance Company [Docket No. 34] and plaintiff Barry G. Gustafson [Docket No. 36]. In the Order, the Court granted summary judgment in favor of defendant and against plaintiff on plaintiff's claims for bad faith breach of insurance contract, unreasonable delay in paying insurance benefits in violation of Colo. Rev. Stat. §§ 10-3-1115, 10-3-1116, and abuse of process. *See* Docket No. 91 at 27. In light of the Court's order, the motions in limine [Docket Nos. 64, 65, 66, 71] are now moot.

    Therefore, it is

    **ORDERED** that the Motion in Limine Re: Deborah Buehler [Docket No. 64] is DENIED as moot. It is further

    **ORDERED** that the Motion in Limine Re: the Parties' Resources or Financial Status [Docket No. 65] is DENIED as moot. It is further

    **ORDERED** that the Motion in Limine Re: the Plaintiff's Estoppel Claim [Docket No. 66] is DENIED as moot. It is further

    **ORDERED** that the Motion in Limine to Preclude Judge Krieger's Opinions Regarding the Motion for Attorney's Fees as Stated Within the February 10, 2012 Order [Docket No. 71] is DENIED as moot.

    DATED October 12, 2012.